PETER GOELET, Appellant, *v.* THOMAS HAGAN, Impleaded
etc., Respondent.

(Argued March 18, 1879 ; decided April 1, 1879.)

*Robert Goelet, Jr.,* and *Elbridge T. Gerry* for appellant.

*Isaac J. Maccabe* for respondent.

AGREE to dismiss appeal without opinion.
All concur.
Appeal dismissed.